UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BETH PEACOCK MULLER, <br> et al., *individually and on behalf of* <br> *all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BLUE DIAMOND GROWERS, <br> et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 4:22 CV 707 RWS |

## JUDGMENT

In accordance with the Memorandum and Order entered on this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Blue Diamond Growers' motion to dismiss is **GRANTED**, and the amended complaint of Plaintiffs Beth Peacock Muller, Thomas Fellin, and Michael Floyed is **DISMISSED**.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of July 2023.